

JUDGE HOLWELL

08 CV 5694

Michael J. Frevola
Christopher R. Nolan
Ji Hi Jung
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BROSTRÖM TANKERS AB



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROSTRÖM TANKERS AB,

        Plaintiff,

    -against-

PROJECTOR S.A.,

       Defendant.

08 Civ. _____

**CORPORATE DISCLOSURE
STATEMENT IN ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL RULES OF
CIVIL PROCEDURE**

---

    I, Michael J. Frevola, attorney for Plaintiff Broström Tankers AB ("Broström"), having

filed an initial pleading in the above captioned matter, make the following disclosure to the Court

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Broström is a publicly traded company, with shares traded on the Stockholm, Sweden

exchange.

Dated:    New York, New York
        June 24, 2008

HOLLAND & KNIGHT LLP

By: _____

Michael J. Frevola
195 Broadway
New York, NY 10007-3189
Tel:    (212) 513-3200
Fax:    (212) 385-9010

*Attorney for Plaintiff*
*Broström Tankers AB*

# 5422821_v1