CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BROSTROM TANKERS AB,

        Plaintiff,  : 08-CV-5694

     v.       : **NOTICE OF APPEARANCE**

PROJECTOR S.A.,

        Defendant. :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
    July 21, 2008

             CLARK, ATCHESON & REISERT
             Attorneys for Garnishee
             Societe Generale New York Branch

     By: _____
             Richard J. Reisert (RR-7118)
             7800 River Road
             North Bergen, NJ 07047
             Tel: (201) 537-1200
             Fax: (201) 537-1201
             Email: reisert@navlaw.com